AO 442 (Rev. 01/09) Arrest Warrant

9354527

FILED

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

2013 OCT -9 P 4: 05

| | |
|---|---|
| United States of America<br>v.<br>**JOSHUA S. PHY**<br><br>*Defendant* | )<br>)<br>) Case No. 1:13-CR-383<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSHUA S. PHY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Intentionally Cause Damage to a Protected Computer in violation of 18 U.S.C. § 371

Date: 10/03/2013

_____
*Issuing officer's signature*

Kathy Roberts - Deputy Clerk
*Printed name and title*

City and state: Alexandria, VA

### Return

This warrant was received on *(date)* 10-3-13, and the person was arrested on *(date)* 10-4-13
at *(city and state)* Camden, NJ.

Date: 10-9-13

_____
*Arresting officer's signature*

J. Taylor Deputy US Marshal
*Printed name and title*

for FBI D/NJ